IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORGMAN ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> INSPHERE INSURANCE SOLUTIONS, INC ET AL, <br><br> Defendants. | No. C 11-05638 CRB <br><br> **ORDER TO SHOW CAUSE** |

Defendant filed a Notice of Removal of this Action on November 22, 2011, dkt. 1, and filed a Certificate of Service of the Notice on December 5, 2011. Dkt. 14. Defendant filed a Motion to Dismiss on November 29, 2011. Dkt. 12. Plaintiff's response was due December 16, 2011. Plaintiff has failed to file any response.

Accordingly, Plaintiff is ORDERED to show cause why his case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Plaintiff shall file his response to this Order, along with any materials he would like the Court to consider in ruling on Defendant's motion, by <u>Wednesday, January 11, 2012 at 5:00 p.m.</u>

//
//
//
//

Defendants may file a reply, if any, by <u>Tuesday, January 17, 2012 at 5:00 p.m.</u> There will be a hearing on the Order to Show Cause on <u>Friday, January 20, 2012 at 10:00 a.m. in Courtroom 6</u>. Accordingly, the hearing scheduled for Friday, January 6, 2012 is VACATED. Failure to respond to this Order could result in the dismissal of Plaintiff's case.

**IT IS SO ORDERED.**

Dated: January 4, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE