IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORGMAN ET. AL., <br><br>      Plaintiffs, <br><br> v. <br><br> INSPHERE INSURANCE SOLUTIONS, INC., ET. AL., <br><br>      Defendants. | No. C 11-05638 CRB <br><br> **ORDER DISMISSING CASE** |

  Defendant filed a Notice of Removal of this Action on November 22, 2011, dkt. 1, and filed a Certificate of Service of the Notice on December 5, 2011. Dkt. 14. Defendant filed a Motion to Dismiss on November 29, 2011. Dkt. 12. Plaintiff's response was due December 16, 2011. Plaintiff has failed to file any response.

  Accordingly, the Court ordered Plaintiff to show cause why his case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b) by Wednesday, January 11, 2012 at 5:00 p.m. Plaintiff failed to file any reply.

//
//
//

United States District Court
For the Northern District of California

Thus, the OSC hearing scheduled for Friday, January 20, 2012 is hereby VACATED. Plaintiff's complaint is hereby DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: January 18, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE