IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BORGMAN ET. AL.,

    Plaintiffs,

v.

INSPHERE INSURANCE SOLUTIONS, INC., ET. AL.,

    Defendants.

No. C 11-05638 CRB

**JUDGMENT**

The Court, having dismissed this case for failure to prosecute pursuant to Federal Rule 41(b) and for failure to comply with this Court's Order to Show Cause, hereby enters Judgment in Defendants' favor against Plaintiffs.

**IT IS SO ORDERED.**

Dated: January 18, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\5638\Judgment.wpd