**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **March 16, 2012**        Time: 8 minutes

**C-11-05638** CRB

**BORGMAN** v. **INSPHERE INSURANCE SOLUTIONS, INC**

Attorneys:    James Otto                                 Paulo McKeeby

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Connie Kuhl**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Motion Set Aside Dismissal/Judgment | Deferred |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

Counsel for Inspere to file declaration regarding fees and costs subsequent from motion to dismiss and hearing. Upon the fees and cost being paid by plaintiff the court will enter order granting the motion to set aside dismissal/judgment.

( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____
( ) Referred to Magistrate Judge for: ____

( ) CASE CONTINUED TO ____        for ____

Discovery Cut-Off ____                Expert Discovery Cut-Off ____
Plntf to Name Experts by ____         Deft to Name Experts by ____
P/T Conference Date ____   Trial Date ____   Set for ____ days
                       Type of Trial:  ( )Jury    ( )Court

Notes: ____