```
MORGAN, LEWIS & BOCKIUS LLP
BARBARA A. FITZGERALD, SBN 151038
bfitzgerald@morganlewis.com
SALVATORE PICARIELLO, SBN 190442
spicariello@morganlewis.com
KATHRYN T. McGUIGAN, SBN 232112
kmcguigan@morganlewis.com
300 South Grand Avenue, 22nd Fl.
Los Angeles, CA  90071-3132
Tel:  213.612.2500 /Fax:  213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
PAULO B. MCKEEBY (*Admitted Pro Hac Vice*)
pmckeeby@morganlewis.com
1717 Main Street, Suite 3200
Dallas, TX  75201-7347

Attorneys for Defendants
INSPHERE INSURANCE SOLUTIONS, INC.,
CORNERSTONE AMERICA, UGA-ASSOCIATION
FIELD SERVICES (erroneously identified as UNITED
GROUP ASSOCIATION), THE MEGA LIFE AND
HEALTH INSURANCE COMPANY, AND
HEALTHMARKETS INSURANCE COMPANY
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT BORGMAN, DEBORAH O'CONNELL AND GREGORY UMAMOTO,<br><br>Plaintiffs,<br><br>vs.<br><br>INSPHERE INSURANCE SOLUTIONS, INC., a business, form unknown; CORNERSTONE AMERICA, a business, form unknown; UNITED GROUP ASSOCIATION, a business, form unknown; THE MEGA LIFE AND HEALTH INSURANCE COMPANY, a business, form unknown; HEALTHMARKETS INSURANCE COMPANY, a business, form unknown; DAVID MACK and Individual and Managing Agent for Insphere Insurance Solutions; KATHY FENNEY, an Individual and Managing Agent for Insphere Insurance Solutions; and DOES 1 TO 50, inclusive,<br><br>Defendants. | Case No. 3:11-CV-05638-CRB<br><br>[Hon. Charles R. Breyer]<br><br>[~~PROPOSED~~] **ORDER AWARDING DEFENDANTS ATTORNEYS' FEES AND COSTS AWARDED TO DEFENDANTS PURSUANT TO COURT'S MARCH 16, 2012 ORDER [DKT. # 30]**<br><br>**[Declaration of Paulo B. McKeeby Filed Concurrently Herewith]** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 69453485.1

[PROPOSED] ORDER AWARDING FEES TO DEFENDANTS

Pursuant to this Court's Order of March 16, 2012 [Dkt. 30], Defendants have filed the Declaration of Paulo B. McKeeby and other evidence regarding the attorneys' fees and costs Defendants have incurred in defending this action since the Court's issuance of an OSC on January 4, 2012 [Dkt. #18]. At oral argument on March 16, 2012, on Plaintiffs' Motion under Rule 60(b) to set aside the Court's previous dismissal of Plaintiffs' case with prejudice, the Court ruled that Plaintiffs' Rule 60(b) motion should be granted on the condition that Plaintiffs' counsel pay to Defendants (through their counsel of record) attorneys' fees and costs incurred after the entry of the court's OSC order. Based on the Court's consideration of all papers submitted in support of and opposition to the award of attorneys' fees and costs, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's counsel, James Otto, shall pay Defendants (through their counsel of record) for their attorneys' fees and costs in the total amount of $ 29,245.09  within fourteen (14) calendar days of the entry of this Order.

**IT IS FURTHER ORDERED** that, within seven (7) calendar days after the deadline for Plaintiffs' counsel to make complete and timely payment, Defendants shall notify the Court if Plaintiffs' counsel has made such payment. Absent complete and timely payment to Defendants, Plaintiffs' Motion to Set Aside the Dismissal and Judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure will and hereby is deemed DENIED.

**IT IS SO ORDERED**.

Dated:    May 1   , 2012          _____
                                    Hon. Charles R. Breyer

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*