AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Kent Borgman et al.
          Plaintiff (s),

V.

Insphere Insurance Solutions, Inc. et al.
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:11-CV-05638-CRB

Notice is hereby given that, subject to approval by the court, __James A. Otto__ substitutes
(Party (s) Name)

__James A. Otto, pro se__, State Bar No. __144432__ as counsel of record in
(Name of New Attorney)

place of __Hinshaw & Culbertson LLP: John W. Sheller, Peter L. Isola and Benjamin L. Wheeler__,
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Law Office of James A. Otto
    Address: 19536 San Jose Street, Northridge, California 91326
    Telephone: (818) 366-8432     Facsimile
    E-Mail (Optional): jaotto@msn.com

I consent to the above substitution.
Date: 6/24/2016
                              (Signature of Party (s))

I consent to being substituted.
Date: 6/24/2016
                              Peter L. Isola for Hinshaw & Culbertson LLP
                              (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/24/2016
                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 7, 2016
                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]