IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BORGMAN, et al.,

    Plaintiffs,

v.

INSPHERE INSURANCE SOLUTIONS, INC., et al.,

    Defendants.

No. C 11-05638 CRB

**ORDER DENYING MOTION FOR SANCTIONS**

    James Otto has moved for sanctions against Defendants' attorneys. See Mot. for Sanctions (dkt. 57). The court finds this matter suitable for resolution without oral argument under Civil Local Rule 7-1(b). After reviewing the relevant authorities and the parties' submissions, the Court concludes that Otto has the ability to furnish interested parties with a copy of this Court's Clarification Order (dkt. 55) as necessary, determines that additional relief is unwarranted, and DENIES the motion for sanctions.

    **IT IS SO ORDERED.**

Dated: August 17, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE